**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**SRA INVESTMENTS, LLC, et al.**                                         **PLAINTIFFS**

**V.**                                                          **NO. 4:16-CV-55-DMB-JMV**

**MERITOR, INC., et al.**                                              **DEFENDANTS**

**ORDER**

On May 14, 2019, Meritor, Inc., Rockwell Automation, Inc., and The Boeing Company (collectively, "Meritor Defendants") filed a joint motion to dismiss with prejudice the claims of Amos Johnson, Annie Mae McFarland Mister, Tarik Johnson and Curtis Blissette. Doc. #549. On August 5, 2019, Textron, Inc., filed a joint motion to dismiss with prejudice the claims of the same plaintiffs. Doc. #569.

It appears all claims at issue in these motions have been dismissed with prejudice by stipulation. *See* Docs. #553, #566. Accordingly, the motions to dismiss [549][569] are **DENIED as moot**.

**SO ORDERED**, this 26th day of November, 2019.

                                                        **/s/Debra M. Brown**
                                                       **UNITED STATES DISTRICT JUDGE**